**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Gabrielle Levin
Direct: +1 212.351.3901
Fax: +1 212.351.5301
GLevin@gibsondunn.com

June 11, 2018

VIA ECF

The Paul A. Engelmayer
United States District Judge
United States District Court for the Southern District of New York
40 Foley Sq., Room 2201
New York, NY 10007

Re:  *Heidrick & Struggles International, Inc. v. Korn/Ferry International, et al.*,
     No. 18-cv-1503 (PAE)

Dear Judge Engelmayer:

We represent Defendants in the above-captioned action. Pursuant to Rule 3(F) of Your Honor's Individual Practices and Your Honor's May 25 Order, Dkt. 80, Defendants respectfully request oral argument on Defendants' Motion to Dismiss the Amended Complaint, at a date and time to be determined by the Court.

Respectfully,


/s/ Gabrielle Levin

GFL


cc: All counsel of record (*via ECF)*