```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
HEIDRICK & STRUGGLES INTERNATIONAL, INC.,                    :
                                                             :         18 Civ. 1503 (PAE)
                          Plaintiff,                         :
                                                             :         ORDER OF
                -v-                                          :         DISCONTINUANCE
                                                             :
KORN/FERRY INTERNATIONAL, CHAD ASTMANN,                      :
DEEPALI VYAS, DANIEL KAPLAN, and LORRAINE                    :
HACK,                                                        :
                                                             :
                          Defendants.                        :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/18

PAUL A. ENGELMAYER, District Judge:

The Court having been advised by the parties that all claims asserted herein have been settled in principle it is ORDERED that the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen must be filed within thirty days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

The Court wishes to take this opportunity to salute counsel and the parties for working out a resolution to this hard-fought dispute. The Court was highly impressed by the quality and

vigorous advocacy of estimable counsel for both parties. The Court views the decision to resolve this matter at this stage as manifestly in the best interests of all parties.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

_Paul A. Engelmayer_
Paul A. Engelmayer
United States District Judge

Dated: July 10, 2018
New York, New York